1  Kyle Pietrzak (State Bar No. 268739)
   kpietrzak@qslwm.com
2  QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.
3  6900 N. Dallas Parkway, Suite 800
4  Plano, Texas75024
   (214) 560-5458
5  Facsimile:  (214) 871-2111
   **Counsel for Trans Union LLC**
6

7
                 **IN THE UNITED STATES DISTRICT COURT**
8
               **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9
                        **SACRAMENTO DIVISION**
10

11  JAMES ROBERTSON and KARYN A.          Case No. _____
    ROBERTSON,
12
                  Plaintiffs,
13                                         **DEFENDANT TRANS UNION LLC'S**
                                           **NOTICE OF REMOVAL**
14  v.

15  IQ DATA INTERNATIONAL, INC., EQUIFAX
    INFORMATION SERVICES, LLC, EXPERIAN
16  INFORMATION SOLUTIONS, INC., TRANS
    UNION, LLC, and DOES 1-10 inclusive,
17
                  Defendants.
18

19

20      Defendant Trans Union LLC ("Trans Union") files this Notice of Removal pursuant to 28

21  U.S.C. § 1446(d) and in support thereof would respectfully show the Court as follows:

22                  **I.      PROCEDURAL BACKGROUND**

23      1.      On or about January 31, 2025, Plaintiffs James Robertson and Karyn A. Robertson

24  ("Plaintiffs") filed the Complaint in this action in the Superior Court of California, County of

25  Sacramento, Case No. 25-CV-002680 ("State Court Action"), alleging violations of the Fair Credit

26  Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Defendants.

27

28
                                       1

7885253.1

2.      The time period for filing a responsive pleading in the Superior Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3.      Trans Union was served with Plaintiffs' Complaint on February 7, 2025.  This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. § 1446(b).

## II.   GROUNDS FOR REMOVAL

4.      The present suit is an action over which the United States District Court, Eastern District of California, Sacramento Division, has original jurisdiction pursuant to 28 U.S.C. § 1331 as it is a civil action founded on a claim or right arising under the laws of the United States and may be removed to this Court by Trans Union pursuant to the provisions of 28 U.S.C. § 1446(b).  Removal is thus proper because Plaintiffs' claims present a federal question. In the Complaint, Plaintiffs seek damages for Defendants' alleged violations of the FCRA.

## III.   COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5.      Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within 30 days after Trans Union was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiffs' action is based.

6.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the Eastern District of California because it is in the district and division embracing the place where the state court action is pending.

7.      Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiffs and will file a copy of this Notice of Removal with the Superior Court of California, County of Sacramento, as required by 28 U.S.C. § 1446(d).

8.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Trans Union in the State Court Action is attached hereto as **Exhibits A–D**.

9.      Trial has not commenced in the Superior Court of California, County of Sacramento.

10.     All Defendants that have been served upon the date of filing this Notice of Removal consent to the removal of this case as indicated in **Exhibit E**.

2

7885253.1

1    WHEREFORE, Trans Union respectfully prays that the action be removed to this Court

2  and that this Court assume full jurisdiction as if it had been originally filed here.

3

4  DATED: March 6, 2025.                    QUILLING, SELANDER, LOWNDS,
                                            WINSLETT & MOSER, P.C.
5

6                                    By:  */s/ Kyle Pietrzak*
                                         _____
7                                        Kyle Pietrzak
                                         *Counsel for Trans Union LLC*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

7885253.1

1

## CERTIFICATE OF SERVICE

2 **STATE OF TEXAS, COUNTY OF COLLIN**

3      At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Collin, State of Texas.  My business address is 6900 N. Dallas Parkway,

4 Suite 800, Plano, Texas 75024.

5      On March 6, 2025, I served true copies of the following document(s) described as

6 **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

7

## SEE ATTACHED SERVICE LIST

8

9 ☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing

10      through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

11

12 ☒    **BY EMAIL:**   I caused said document(s) to be served by means of electronic mail to the parties and/or counsel in the service list.

13

14      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

15

16 Executed on March 6, 2025, at Plano, Texas.

17

18                              /s/ Kyle Pietrzak
                                Kyle Pietrzak

19

20

21

22

23

24

25

26

27

28

4

1

**<u>SERVICE LIST</u>**

2

Todd M. Friedman                                    Thomas P. Quinn, Jr.

3

tfriedman@toddflaw.com                         tquinn@nokesquinn.com

Law Offices of Todd M. Friedman, P.C.       Nokes & Quinn

4

21031 Ventura Boulevard, Suite 340          410 Broadway, Suite 200

Woodland Hills, CA 91364                       Laguna Beach, CA 92651

5

(323) 306-4234                                      (949) 376-3500

*Counsel for Plaintiff*                              ***Counsel for Equifax***

6

***Information Services LLC***

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7885253.1